UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/10
```

GAYLA PICKLE, on behalf of herself and a class of those similarly situated,

                Plaintiff,

-v-

J.P. MORGAN CHASE & CO.,

                Defendant.

No. 10 Civ. 2791 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendants dated June 3, 2010, indicating that (1) they seek to dismiss this action based on the first-filed rule, and (2) in the alternative, they wish to stay this action pending a ruling from the Judicial Panel on Multidistrict Litigation (the "JPML") on Plaintiff's motion to centralize this action with three other actions. The Court is also in receipt of a letter in opposition from Plaintiffs dated June 9, 2010.

    On due consideration, the Court is satisfied that staying this action for a relatively short period pending a ruling from the JPML serves the interests of both the parties and the Court. *See Rosenfeld v. Hartford Fire Ins. Co.*, No. 88 Civ. 2153 (MJL), 1998 WL 49065, at *2 (S.D.N.Y. May 12, 1988) ("[J]udicial resources and the defendants' resources may well be fruitlessly spent if a stay is not granted pending the outcome of the Panel's decision on the transfer motion.") Accordingly, this action shall be stayed pending the JPML's ruling. The parties shall submit a joint letter within one week of the JPML's decision, but in no event later than August 9, 2010.

Dated:    June 8, 2010
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE