```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 04 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAYLA PICKLE and CAROLYN HUGHES, on
behalf of herself and a
class of those similarly situated,

                Plaintiff,

No. 10 Civ. 2791 (RJS)(JPO)

v.

JPMORGAN CHASE & CO.,

                Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: August 23, 2012

Lieff, Cabraser, Heimann & Bernstein, LLP
Attorneys for Plaintiff

By: _____

Morgan, Lewis & Bockius LLP
Attorneys for Defendant

By: _____

8/31/12 _____
                     U.S.D.J.